IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REBECCA RAMSEY, | : |
| | : Civil Action Number: |
| Plaintiff, | : |
| | : File No. 1:13-CV-03808-WSD |
| vs. | : |
| | : |
| WALLACE ELECTRIC COMPANY, | : |
| and PHILLIP WALLACE | : |
| | : |
| Defendants. | : |

**JOINT MOTION FOR REVIEW AND APPROVAL
OF SETTLEMENT AND RELEASE AGREEMENT**

Plaintiff Rebecca Ramsey and Defendants Wallace Electric Company and Phillip Wallace move this Court to review and approve their Settlement Agreement and Release and in support thereof, show the Court as follows:

1.

This is an FLSA case. Plaintiff filed her Complaint [Dkt. 1] on November 18, 2013, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*

2.

The Parties, acting at arms-length, in good faith and with the advice of counsel have negotiated and entered into a Settlement Agreement and Release ("The Agreement").

1

Case 1:13-cv-03808-WSD   Document 67   Filed 11/04/16   Page 2 of 6

3.

A copy of the Agreement is attached hereto as Exhibit "A".

4.

Pursuant to <u>Lynn's Food Stores, Inc. v. United States of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Plaintiff's release of her FLSA claims, which is material to the Agreement.

5.

In determining whether the Agreement is fair and reasonable, the Court should consider the following factors:

(1) the existence of collusion behind the settlement;

(2) the complexity, expense, and likely duration of the litigation;

(3) the stage of the proceedings and the amount of discovery completed;

(4) the probability of plaintiff's success on the merits;

(5) the range of possible recovery; and

(6) the opinions of counsel.

See *Leverso v. South Trust Bank of Ala. Nat. Assoc.*, 18 F. 3d 1527, 1531 n. 6 (11th Cir. 1994); *Hamilton v. Frito-Lay, Inc.*, No. 6:05-cv-1592-Orl-22JGG, 2007 U.S. Dist. LEXIS 10287, at *2-3, (M.D. Fla. 2007). There is a strong presumption in favor of finding a settlement to be fair. *Edwards v. CFR Sales & Marketing*, 2011 U.S. Dist.

Lexis 134705)(citing *Cotton v. Hinton*, 559 F. 2d 1326, 1331 (5th Cir. 1977)).

6.

The amounts of backpay and liquidated damages in the settlement represent a compromise between the positions of the parties.

7.

The undersigned counsel submit that the Agreement is reasonable in both terms and amounts.

8.

The compromise was warranted because of the uncertainty of successfully litigating the disputed factual issues concerning the Defendants' assertion of FLSA § 213 administrative exemptions.

9.

Plaintiff elected to accept the amounts set forth in the Agreement in full settlement of her claims against Defendants.

10.

The agreed upon attorneys' fees and costs is also a compromise.  The amounts agreed upon total approximately sixty percent (60%) of the amount billed by Plaintiff's counsel at rates previously approved in this District.

11.

Once the Court approves the Agreement, and all Payments are made, the Parties will file a Stipulation of Dismissal of this case with prejudice.

12.

The parties request that the Court retain jurisdiction over this matter and incorporate the Agreement into its Order granting this Motion.

13.

Pursuant to LR 7.1, NDGa, the below signatory attorneys certify that this motion was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR 5.1 C, NDGa.

WHEREFORE, the Parties respectfully request that this Court review and approve their Settlement Agreement and Release of Claims.  For the Court's convenience, a proposed Order granting this Motion is attached hereto as Exhibit "B".

Respectfully submitted,

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** | **SMITH, WELCH, WEBB & WHITE** |
| | |
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ William A. White* |
| Kevin D. Fitzpatrick, Jr. | William A. White |
| Georgia Bar No. 262375 | Georgia Bar No. 755095 |
| | |
| *s/ Charles R. Bridgers* | *s/ Grant E. McBride* |
| Charles R. Bridgers | Grant E. McBride |
| Georgia Bar No. 080791 | Georgia Bar No. 109812 |
| | |
| 3100 Centennial Tower | 2200 Keys Ferry Court |
| 101 Marietta Street | P.O. Box 10 |
| Atlanta, GA 30303 | McDonough, GA 30253 |
| (404) 979-3150 | (770) 957-3937 |
| (404) 979-3170 (facsimile) | (678) 583-4888 (facsimile) |
| kevin.fitzpatrick@dcbflegal.com | wwhite@smithwelchlaw.com |
| charlesbridgers@dcbflegal.com | gmcbride@smithwelchlaw.com |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **REBECCA RAMSEY,** | : | |
| | : | **Civil Action Number:** |
| **Plaintiff,** | : | |
| | : | **File No. 1:13-CV-03808-WSD** |
| **vs.** | : | |
| | : | |
| **WALLACE ELECTRIC COMPANY,** | : | |
| **and PHILLIP WALLACE** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the date shown on the Court's time stamp above, he filed the foregoing JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT using the CM/ECF system, which will automatically send email notification of such filing to the all attorneys of record, including:

William A. White
Grant McBride

*s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
Counsel for Plaintiff